NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE DOW CHEMICAL COMPANY,**
*Plaintiff-Appellee,*

v.

**NOVA CHEMICALS CORPORATION (CANADA) AND NOVA CHEMICALS INC. (DELAWARE),**
*Defendants-Appellants.*

---

2010-1526

---

Appeal from the United States District Court for the District of Delaware in case no. 05-CV-0737, Judge Leonard P. Stark.

---

**ON MOTION**

---

**O R D E R**

NOVA Chemicals Corporation (Canada) and NOVA Chemicals Inc. (Delaware) move for a 29-day extension of time, until June 3, 2011, to file their reply brief. The Dow Chemical Company opposes. NOVA replies.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 0 9 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Harry J. Roper, Esq.
    Donald R. Dunner, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 9 2011

JAN HORBALY
CLERK